

Attorneys at Law
**L'Abbate, Balkan, Colavita & Contini, L.L.P.**
1001 Franklin Avenue, Garden City, New York 11530
T.516.294.8844  F.516.294.8202
www.lbcclaw.com

Maureen E. O'Connor
Of Counsel
moconnor@lbcclaw.com
Direct Dial (516) 837-7432

August 11, 2020

**BY ECF**

MEMO ENDORSED:

Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

The August 27, 2020 conference is adjourned sine die.

SO ORDERED.

*Paul G. Gardephe*

Dated: August 12, 2020

Re:   *American Empire Surplus Lines Insurance Company v.*
      *Uplift Elevator of NY, Inc.* (USDC SDNY, 20-CV-03246 PGG)

Your Honor:

We represent plaintiff American Empire Surplus Lines Insurance Company in the referenced matter.

This matter is scheduled for a Pretrial Conference to be held on August 27, 2020 at 10:30 a.m. At present, none of the defendants have appeared and are in default, and we have obtained Clerk's Certificates of Default with the intention of shortly filing a motion seeking a default judgment.

We write seeking the Court's guidance as to whether the Pretrial Conference will proceed under the circumstances. Additionally, if the conference will proceed, we respectfully request a brief adjournment due to the fact that the undersigned will be out of state and unavailable on the originally scheduled date.

We thank the Court for its consideration of this request.

Respectfully submitted,

L'ABBATE, BALKAN, COLAVITA
& CONTINI, L.L.P.

*Maureen E O'Connor*

MEO/hs

MAUREEN E. O'CONNOR