UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
AMERICAN EMPIRE SURPLUS LINES
INSURANCE COMPANY,                           :

                                Plaintiff,         :         **ORDER**

                               -against-         :         20-CV-03246 (PGG)(KNF)

UPLIFT ELEVATOR OF NY INC.,           :
JERMAINE HICKSON, and HAMILTON
HEIGHTS CLUSTER ASSOCIATES, L.P., :

                               Defendants.    :
------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The Honorable Paul G. Gardephe referred this case to the undersigned for an inquest in order to determine the amount of damages, if any, that should be awarded to the plaintiff against defendants Uplift Elevator of NY Inc., Jermaine Hickson, and Hamilton Heights Cluster Associates, L.P. (collectively, "defendants").  Accordingly, IT IS HEREBY ORDERED that an inquest hearing shall be held on February 4, 2021, at 11:00 a.m.  The hearing will be held as a video conference using the Skype for Business platform.  The information necessary to access the video conference will be provided via email.

      Counsel to the plaintiff shall be prepared to provide to the Court competent evidence in support of the plaintiff's claims.  Any documents that are to be offered as exhibits at the hearing should be pre-marked and submitted to the Court via the court's CM/ECF system at least 24 hours prior to the hearing.

      Due to the limited capacity of the Skype for Business system, only one counsel per party may participate in the video conference.  Co-counsel, members of the press, and the public may

access the audio feed of the conference by calling (888) 557-8511 and entering access code 4862532.

To optimize use of the Court's video conferencing technology, all participants must:

1. Use a browser other than Microsoft Explorer to access Skype for Business.
2. Position the participant's device as close to the WiFi router as is feasible.
3. Ensure any others in the participant's household are not using WiFi during the call

If there is ambient noise, the participant must mute his or her device when not speaking. Further, each participant must identify himself or herself whenever speaking, spell any proper names for the court reporter, and take care not to interrupt or speak over each other. All those accessing the conference—whether in listen-only mode or otherwise—are reminded that recording or rebroadcasting the proceeding is prohibited by law.

A court reporter will participate in the video conference. Counsel to the plaintiffs shall serve the defendants with a cop(ies) of this order and file proof of such service with the Clerk of Court.

Dated: New York, New York    SO ORDERED:
       January 22, 2021

                                               *Kevin Nathaniel Fox*
                                           KEVIN NATHANIEL FOX
                                           UNITED STATES MAGISTRATE JUDGE