**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
AMERICAN EMPIRE SURPLUS LINES
INSURANCE COMPANY,

                Plaintiff,                    20 **CIVIL** 3246 (PGG)(JW)

      -against-                  **JUDGMENT**

UPLIFT ELEVATOR OF NY INC., JERMAINE
HICKSON, and HAMILTON HEIGHTS
CLUSTER ASSOCIATES, L.P.,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 1, 2023, the R&R is adopted in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
          February 2, 2023

                                **RUBY J. KRAJICK**

                                **Clerk of Court**
                **BY:**   *K. Mango*
                                **Deputy Clerk**